Timothy D. McGonigle
**LAW OFFICES OF TIMOTHY D. MCGONIGLE, APC**
1880 Century Park East, Suite 516
Los Angeles, California 90067
Telephone: 800-713-5260
tim@mcgoniglelaw.net

Attorneys for Plaintiff
KIMBERLY BANKSTON-BRADSHAW

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BANKSTON BRADSHAW,<br><br>Plaintiff,<br><br>v.<br><br>CONCORDE CAREER COLLEGE; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 5:24-cv-01202-KK-SP<br><br>**PLAINTIFF'S ARBITRATION STATUS REPORT**<br><br>Complaint Filed: April 19, 2024<br>Removed: June 7, 2024 |

**TO EACH PARTY AND TO THE COUNSEL OF RECORD FOR EACH PARTY:**

**PLEASE TAKE NOTICE** that Plaintiff Kimberly Bankston Bradshaw hereby submits this Status Report regarding the status of the arbitration proceedings initiated pursuant to the Court's Order of August 1, 2024. Arbitration between Plaintiff and Defendant was initiated with JAMS on August 7, 2024, pursuant to the parties' Arbitration Policy and Agreement. The arbitration has been assigned JAMS Reference Number

5230000469, and Judge Judith M. Ryan (Ret.) has been appointed as the arbitrator for this matter.

On December 5, 2024, a preliminary arbitration management conference call was conducted. Stephanie Banks of Timothy D. McGonigle Professional Corporation represented the plaintiff, while Mary D. Manesis of Seyfarth Shaw LLP represented the defendant during the call. The tentative date of the arbitration hearing is set for October 1, 2 and 3, 2025, at 9:30 am.

The arbitrator has requested that the parties shall meet, discuss, and submit an agreed-upon discovery strategy by December 30, 2024. Dispositive motions, if any, must be filed in line with JAMS Rule 18 and heard no later than 30 days before the arbitration hearing date. The arbitration will be bifurcated. Substantive issues will be addressed first, followed by post-hearing issues such as attorneys' fees, costs, and interest.

Dated: December 13, 2024              **LAW OFFICES OF TIMOTHY D. MCGONIGLE, APC**

By: 

Timothy D. McGonigle
Attorney for Plaintiff
Kimberly Brankston-Bradshaw

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the above-referenced action. My address is 1880 Century Park East, Suite 516, Los Angeles, California 90067.

On December 13, 2024, I served the foregoing document described as:

**PLAINTIFF'S ARBITRATION REPORT**

Electronically by using the Court's ECF/CM System.

| | |
|---|---|
| SEYFARTH SHAW LLP<br>Joshua A. Rodine (SBN 237774)<br>jrodine@seyfarth.com<br>Barri Lyn Friedland (185148)<br>bfriedland@seyfarth.com<br>2029 Century Park East, Suite 3500<br>Los Angeles, California 90067-3021<br>Telephone: (310) 277-7200<br>Facsimile: (310) 201-5219 | Attorneys for Defendant<br>CONCORDE CAREER COLLEGES, INC. |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on December 13, 2024, at Los Angeles, California.

By: _____
Federico Asid